IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 07-30060-WDS |
| | ) |
| JOSE CANDIDO RICO-LOPEZ, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING APPLICATION FOR
## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The above-entitled cause having come before the Court upon the application of the United States Attorney for an order directing the issuance of a Writ of Habeas Corpus ad Prosequendum for the production of JOSE CANDIDO RICO-LOPEZ in the United States District Court at East St. Louis, Illinois, on the 27th day of April, 2007, at the hour of 2:30 p.m.

IT IS SO ORDERED.
DATED this 26 day of April 2007.

DONALD G. WILKERSON
United States Magistrate Judge